UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

American Family Home Insurance Company,

                              Plaintiff,

   -against-

Certain Underwriters at Lloyd's London,

                             Defendant.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

4/29/2025

**24-cv-08829-KMK-VR**

**ORDER RE STATUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

     A Status Conference (via telephone) is hereby scheduled for **June 26, 2025 at 10:30 a.m.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the status of discovery, their anticipated next steps, and any issues.

**SO ORDERED.**

DATED:     White Plains, New York

April 29, 2025

_____

VICTORIA REZNIK

United States Magistrate Judge